RECEIVED
IN LAKE CHARLES, LA
SEP 21 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| EVIA P. HODGE | : | DOCKET NO. 2:05 CV 0707 |
| VS. | : | JUDGE MINALDI |
| JOHN E. POTTER, Postmaster General, United States Postal Service | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the corresponding memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED, ADJUDGED and DECREED that the Motion for Summary Judgment [docs. 14] filed by the defendant, the United States of America ("United States") IS GRANTED and the plaintiff's Title VII claims are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Motion for Summary Judgment [doc. 15] alleging that this court lacks subject matter jurisdiction IS DENIED.

Lake Charles, Louisiana, this 20 day of September, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE