RECEIVED
IN LAKE CHARLES, LA
OCT 25 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| EVIA P. HODGE | : | DOCKET NO. 2:05 cv 707 |
| VS. | : | JUDGE MINALDI |
| JOHN E. POTTER, Postmaster General, United States Postal Service | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

In accordance with the Memorandum Ruling, for the reasons stated therein, it is

ORDERED, ADJUDGED, and DECREED that there be judgment in favor of defendant, Postmaster John E. Potter, and against plaintiff, Evia P. Hodge, in the amount of $40,000 (Forty Thousand Dollars).

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 23 day of October, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT